TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






 

NO. 03-07-00042-CR


NO. 03-07-00043-CR







Joe Louis Ruiz, Appellant



v.



The State of Texas, Appellee





 

NO. 03-07-00044-CR





Jose Louis Ruiz, Appellant



v.



The State of Texas, Appellee






FROM THE DISTRICT COURT OF TOM GREEN COUNTY, 51ST JUDICIAL DISTRICT


NOS. A-06-0707-S, A-06-0708-S & B-04-1112-S


HONORABLE THOMAS J. GOSSETT, JUDGE PRESIDING






O R D E R


PER CURIAM

Appellant's motions for extension of time to file brief are granted. Appellant's
counsel, Brad Haralson, is ordered to tender a brief in these causes no later than August 17, 2007. 
No further extension of time will be granted.

It is ordered June 21, 2007.



Before Justices Patterson, Pemberton and Waldrop

Do Not Publish